IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
CIVIL ACTION NO. 3:23-CV-00910-KDB-SCR

| ROBERT MATTHEWS, et. al., | ) | |
|---|---|---|
| Plaintiffs, | ) | |
| v. | ) | **ORDER** |
| GUEST SERVICES, INC., et. al., | ) | |
| Defendants. | ) | |

**THIS MATTER** is before the Court on the "Motion[s] for Admission *Pro Hac Vice* and Affidavit[s] [for Emily S. Costin, R. Blake Crohan and Michelle Jackson]" (Doc. Nos. 7-9) filed March 13, 2024. For the reasons set forth therein, the Motions will be granted.

The Clerk is directed to send copies of this Order to counsel for the parties, including but not limited to moving counsel and to the Honorable Kenneth D. Bell.

**SO ORDERED**.

Signed: March 13, 2024

Susan C. Rodriguez
United States Magistrate Judge